IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO



FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 7 - 2010

GREGORY C. LANGHAM
CLERK

Civil Action No. 09-cv-02694-BNB

DERRICK TARRANT,

    Applicant,

v.

THE PEOPLE OF THE STATE OF COLORADO,

    Respondent.

## ORDER OF DISMISSAL

Applicant, Derrick Tarrant, is a prisoner in the custody of the Colorado Department of Corrections and is currently incarcerated at the Fremont County Correctional Facility in Canon City, Colorado. He initiated this action by filing a "Habeas Petition in Abeyance" with the Court on November 10, 2009.

In an order filed on November 17, 2009, Magistrate Judge Boyd N. Boland directed the Clerk of the Court to commence a civil action and directed Mr. Tarrant to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Tarrant to file an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on the court-approved form, and either pay the filing fee or file a motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Mr. Tarrant was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

Mr. Tarrant paid the $5.00 filing fee on December 4, 2009. Nonetheless, Mr. Tarrant has not filed an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on the court-approved form, and has not communicated with the Court since December 4, 2009. Accordingly, Mr. Tarrant has failed to cure the deficiencies within the time allowed and the action will be dismissed without prejudice for failure to cure the deficiencies. Accordingly, it is

ORDERED that the action is dismissed without prejudice for failure to cure the deficiencies.

DATED at Denver, Colorado, this 6th day of January, 2010.

BY THE COURT:

PHILIP A. BRIMMER
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-02694-BNB

Derrick Tarrant
Prisoner No. 83234
Fremont Corr. Facility
P.O. Box 999
Cañon City, CO 81215-0999

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on   1/7/10  

                           GREGORY C. LANGHAM, CLERK

                           By: _____
                                   Deputy Clerk